**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

FILED

1998 SEP 30  A 8:59

WASTE MANAGEMENT, INCORPORATED, et al,

    plaintiffs,

v.                              94-10192-BC

AEROSPACE AMERICA INCORPORATED, et al,

    defendants.
_____/

### ORDER DISMISSING CASE

The Court was advised by counsel in June, 1998, that the above referenced action has now been resolved either by motion or by stipulation as to all viable defendants. Some defendants, however, were never served or did not respond to the complaint. In spite of several requests from court staff to plaintiff counsel for a proposed order dismissing the remaining defendants, no such proposed order has been received, therefore

**IT IS ORDERED** that the above case be, and hereby is, **DISMISSED** without costs as to all remaining parties not otherwise dismissed by previous order of the Court. This order is without prejudice to the right of the plaintiff to move, not later than **October 30, 1998,** to vacate the dismissal and to reinstate the cause. In such a motion, plaintiff must demonstrate that this order has been entered improvidently. This case is hereby CLOSED.

September 28, 1998

/s/ Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

NOTICE TO: Robert L. Driscoll, John R. Cromer, Barry M. Levine